THOMAS WOODS v. NEW JERSEY DEPARTMENT OF
CORRECTIONS, ET AL.

February 13, 1986.

Petition for certification denied.

FRANK T. MILLER, ET AL. v. HOWARD BEYER, ETC.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID MATTO.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GILES WILLIAMS.

February 13, 1986.

Petition for certification denied.